

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00120-CV

**IN THE INTEREST OF R.A.G.C., ET AL., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-00860
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Pursuant to the parties' "Joint Motion to Abate Appeal Pending Mediation and Suspend All Deadlines," we ordered the appeal abated until July 7, 2014. We instructed appellant to file a motion to dismiss the appeal due to settlement, or if a settlement was not reached, a motion to reinstate the appeal after the July 7, 2014 deadline. *See* TEX. R. APP. P. 42.1(a). On July 21, 2014, appellant filed a "Status Report on Abated Case" informing the Court that the parties reached a settlement agreement on June 19, 2014. The parties had not yet been able to enter the subject order, but anticipated filing a joint motion to dismiss as soon as practicable. On September 3, 2014, appellant filed a second "Status Report on Abated Case" in which she repeated the same information as above.

On September 11, 2014, we reinstated the appeal on this Court's docket and ordered appellant to file either a motion to dismiss the appeal or an updated status report no later than September 22, 2014. On September 22, 2014, appellant filed a status report informing the Court that an order drafted pursuant to the parties' irrevocable settlement agreement is currently being reviewed by counsel and that the parties expect to file a joint motion to dismiss as soon as practicable.

Appellant is ORDERED to file either a motion to dismiss the appeal or an updated status report **no later than October 23, 2014.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court